Brian Dublynn

11292 Misty Ridge Way

Boynton Beach, Florida 33473

June 25, 2013

Honorable Judge Dora L. Irizarry

United States District Court

Eastern District of New York

255 Cadman Plaza East

Brooklyn, New York 11201

Honorable Judge Irizarry,

I'm writing to you on behalf of my son Brian J. Dublynn.

Brian was born when I was just nineteen years old. I was young and immature, and an alcoholic at the time of Brian's birth. As a result of my alcoholism, I gave up the greatest gift that god could give me and that is being a father to a child. I was a violent person, both physically and verbally, and Brian grew up around the insanity I created. It was so bad, at five years old Brian was taken from me and raised by my parents. In retrospect, I believe Brian turned to drugs due to his dysfunctional childhood. I also believe Brian became addicted to drugs and got involved in selling drugs to support his habit. Your Honor, I have changed my way of life. I stopped drinking twenty years ago and I know my son is capable of the same. Currently I live in Florida with my wife and operate a millwork company. My father was an Air Force Colonel and retired after 35 years of service, and my mother was a house wife who raised five of her own boys, plus Brian. We as a family have a strong work ethic and do not believe in the easy way out. We all get up and go to work.

Your honor, Brian has accepted his guilt in this matter and knows he has to serve his time in accordance with the law. In his heart I know there is good and hope you will be lenient in your sentencing of Brian. The real Brian is a caring and loving person who is always there to help anyone in need. He has been a regular donor to the clef pallet foundation for children, St. Jude's Children's Hospital and the American Indian Relief Fund. Brian also helped raise a child of his former girlfriend for more than one year although Brian was not the biological father.

This situation has been an extreme burden on my family both financially and mentally. When Brian is released he will have the opportunity to live and work with me in Florida, if he so chooses. He also has an uncle (my brother William) that works for the Shubert Theater in New York City. William has said when Brian is released if he stays in New York he can live with him and his family. William will also do everything he can to get Brian into the union and work on Broadway with him.

Your Honor, what Brian has done is inexcusable and I don't agree with any of his prior actions. During my visits and conversations with Brian, he has expressed how sorry he is for his past actions and the pain and suffering he has caused everyone. Your Honor, I beg of you to please be lenient on my son Brian and give him the low end of your sentencing guidelines if possible.

Sincerely,

*Brian Dublynn*

Brian W. Dublynn

Philip and Jerilyn Krone
8394 Marsala Way
Boynton Beach, Florida 33474

August 7, 2013

Honorable Judge Dora L. Irizarry
United States District Court
Eastern District of New York
255 Cadman Plaza East
Brooklyn, New York 11201

Dear Honorable Judge Irizarry,

We are the step-grandparents of Brian J. Dublynn and are writing this letter on his behalf. We have known Brian for over 8 years as our daughter, Stacey, is married to his father Brian Sr. for over 6 years. In all this time, we have never known him to be anything but loving, respectful and helpful to anyone in need. He exemplifies his love of family and friends.

It is unfathomable to us how he ended up in the situation he is in. He has made a grave mistake that he will always regret and he accepts responsibility for whatever role he has had. The person we have come to know and love does not seem capable of these actions. We know that he is capable of learning from his mistakes and becoming a positive influence on others and in our society.

With the guidance of his family and our extended step family, he will be given the opportunity to work diligently to be the man we know and love unconditionally. We are waiting patiently for his return to us and hope that you will see the Brian that we do. We thank you for your consideration and respectfully request your leniency in the imposition of his sentence.

Sincerely,

*Philip and Jerilyn Krone* (signature)

Philip and Jerilyn Krone

Lisa Ranieri
20 West Walnut Street
Farmingdale, NY 11735

June 17, 2013

Honorable Judge Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Irizarry:

    I am writing on behalf of my nephew Brian Dublynn. When he was born I was 10 years old. He was more like a little brother than a nephew. Because his mother is my sister, we spent a lot of time together as children and adults. Brian is an important member of my family and I think of him still as a younger sibling, which makes his current situation all the more painful.

    The Brian I know is shy, sensitive, kind and caring. I can't remember one instance where he did not make himself available to help. From the time he was able to make his own choices, he always opted to forego other invitations to be present at every family gathering, whether it was a good time or a tragedy. He is an important part of my family. We feel his absence and miss his positive attitude. I am fully aware of the regrettable mistakes he has made in his life. I do not believe there was any justification for his conduct, but despite his past errors, I believe Brian is committed to leading a productive life.

    I own my own home and lead a very simple life with my husband and my son. Both my husband and I work full-time and our son attends a local Catholic school, where he will be entering fifth grade in the fall. We spend our free time with our extended families, with friends from school and church and at our home. Neither my husband nor I have ever had any contact with the criminal justice system. We have room for Brian and would welcome the opportunity to help him in any way upon his release, including inviting him to live with us. I know that Brian's parents and other family members will offer to do the same. Brian has in many ways provided important support to my family. I hope my son does not enter his teenage years without his cousin. Brian, particularly in light of the reflection and changes I have seen him go through during this case, would be such a positive influence on him. He has so much to teach my son -- about sports, cars and, honestly, to make the right choices (and, just as important, how not to make the wrong choices) that every young man should make for a good future.

Honorable Judge Dora L. Irizarry
June 17, 2013
Page 2

    Brian knows he has made mistakes. But he also knows that he is loved by the entire family and that we are here to help him and want him home as soon as possible. And when he does come home, we will embrace him with open arms. The time that he has been in jail has provided him with a chance to consider those things that he has done wrong and I have seen in him a change and a maturity that I truly believe will keep him from repeating his mistakes in the future. Having known him his whole life, I have every hope and belief that Brian will be a productive, law-abiding citizen in the future.

    I am very grateful for any attention the Court gives to this letter in deciding what is an appropriate sentence for Brian.

                                                            Respectfully,

                                                            Lisa Ranieri

JoAnn Ciatto
2145 S. Monroe St.
Denver, CO 80210

June 18, 2013

Honorable Judge Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Irizarry:

    I am writing to ask that you look kindly and with mercy on my nephew Brian Dublynn as you determine his sentence.

    I am his maternal Aunt and I live in Denver, Colorado with my husband and two children, Jonathan and Jessica.  Jonathan has graduated college and works and is contemplating law school.  Jessica is a college senior at CU and is also discussing law school and would like to be a prosecutor and someday a judge.  We have a great deal of respect for the law and understand that Brian must be held accountable.

    My nephew Brian is a wonderful young man who admittedly has made some very poor choices of late.  He was the first grandchild in our family and was loved and doted on.  Our family keenly feels the loss of Brian in our everyday lives. He was always very sweet and caring.  He was kind and patient to my children who are quite a few years younger than him and took the time to play with them and show interest in their lives. When we would come home to NY to visit he would make a special point to visit with us and spend time with the kids.  He was also a wonderful, caring grandson to my mother who passed away several years ago.

    Brian is a beautiful young man who I believe has learned a huge lesson that will last the rest of his life.   I have seen him change and mature since his arrest and I know he regrets his poor choices and wants to live the rest of his life as a law abiding citizen.

    We are here to love and support him when he comes home and will do whatever we can to help him build his life and reclaim his once bright future.   He has a large family on both sides who love him and will welcome him and be there to help him.

Honorable Judge Dora L. Irizarry
June 18, 2013
Page 2

Thank you for taking the time to read this letter and for your consideration for leniency as you decide Brian's sentence. I pray you see fit to return him to us soon.

Sincerely,

*JoAnn Ciatto*

JoAnn Ciatto



July 30, 2013

Joseph Carney
97 Radcliff Avenue
Port Washington, NY 11050

Honorable Judge Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Irizarry:

I am writing this letter on behalf of my dear friend Brian Dublynn. I have known Brian for almost twenty years, and while not perfect, Brian is a good human being who made a bad decision.

Our friendship dates back to high school, but was really cemented when I moved on his block after graduating college from the University of Massachusetts at Amherst in 1999. Aside from our mutual passion to play and watch sports, we had a common bond in the music we liked, the places we wanted to travel to, and even the girls we wanted to date.

While his current situation would have those that don't know Brian to believe otherwise, he is a good person with an infectious personality, and someone people simply enjoy being around. He is also a tremendous friend/brother/son who would give anyone the shirt off his back if they needed it more than he did. I find it ironic that someone with such a good heart and care for those around him could find himself in the situation he is in.

Brian knows he cannot change the past and has owned up to his mistakes throughout this entire process. In many ways, this was the wakeup call he needed to get him back on the right path.

I am writing this letter to not only support a friend I know will have a positive impact on society in the next chapter in his book of life, but to ask for leniency in his sentence so his contributions may come sooner than later.

Mistakes are inevitable in life, and I think Brian has learned from his. Whenever we get to talk on the phone it's not feelings of anger and aggression, but rather disappointment in himself for not waking up sooner. When I go to visit him and see the environment he is, I know in my heart he does not belong there.

I miss my friend and being able to spend time together, but know by talking to him he is not the person that landed him where he is. I also know this negative experience will lead to positive results in the years to come.



I can only imagine the numbers of letters you receive that probably take on a similar tone of "good guy, bad actions", but as a Vice President of Major League Baseball I hope my words may carry a little more weight. Being in the professional role I am in, I need to surround myself with good people and despite his circumstance, Brian is just that.

I believe that everything in life, both good and bad happens for a reason, and the reason Brian is where he is now is so he can help so many others later on. This is obviously your decision to make, but I kindly ask you give my dear friend a second chance sooner than later.

Thank you for your consideration.

Sincerely,

*Joseph Carney*

Joseph Carney

MLB Advanced Media, L.P.
75 Ninth Avenue • New York, NY 10011

Daniel Mastacciuola<br>
333 #46th Street, Apt 14c<br>
New York, NY 10017<br>
July 31, 2013

Honorable Judge Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Iriizarry:

I am writing on behalf of Brian Dublynn. I am hoping to give you some insight on someone I am proud to call my best friend.

Just to give you some background on me. I am proud graduate of Iona College in New Rochelle, NY. Before that I attended Holy Cross High school, Flushing, NY. I have been part owner in two successful businesses over the past 10 years and now am the director of recruiting for North Highland Consulting here in NY.

Brian and I met junior year in high school. I am one of the 3 people on his visitors list and I say with no hesitation that he is my best friend. We have been through it all the past twenty years and there is nothing we wouldn't do for each other. Since the day we met we have played in the same football and basketball leagues where he always excelled. We worked side by side in two restaurants, so to say we spent a lot of time together is an understatement.

Brian is one the kindest, warm hearted people I have ever met. He will go above and beyond for his friends and family. he is loyal to a fault. Anyone that ever comes in contact with him instantly is attracted to a great laugh, warm heart and giving soul. I am not about to sit here and make him out to be a Saint. I am sure you read plenty of letters of people claiming that very thing about their friends. The Brian I am best friends with has definitely made some mistakes. Unfortunately he got mixed up with the wrong people, but in life you can only learn from your mistakes and grow from them.

I speak and email with Brian every few days. As we used to do when we were younger we now talk about opening business again. We talk about how things are going to change. This experience has been eye opening for him. Brian was a standout athlete in High school in both Basketball and Football. He went on to attend the Merchant Marine Academy. He never pictured he would be spending significant time in jail. But, he is also one of the brightest people I have ever met and he fully understands where he went wrong and how to fix his life.

We now look ahead to when he can rejoin his family, friends and start to put his life back together. Start to come back to my house on Christmas Eve, one of his favorite nights. One thing you can count on is the support system he has waiting for him on the outside. He knows and understands the tremendous stress and burden he has caused his family and friends with his actions. There are a lot of people counting on Brian to turn his life around and I am at the top of that list. We all feel like we have been in there with him these past two years. If anyone can turn this very negative situation into a positive, it will be Brian. I look forward to having my friend back. His family and friends look forward to being a positive influence in his life.

I thank you for taking time to read my letter. I hope you can keep this and the other letters you receive on his behalf in the back of your mind when deciding on his sentence.

Respectfully,

Daniel F. Mastacciuola

Honorable Judge Dora L. Irizarry  
United States District Court  
Eastern District of New York

June 25, 2013

Dear Honorable Judge Irizarry,

I write you on behalf of Bryan Dublynn. I met Bryan in 2003 while he was dating my daughter. I continued an in law relationship with him until they both went their separate ways. During those years I got to know Bryan grandparents whom he lived with at that time. We referred to grandpa as the Coronel and grandma as Jean, and they both were respectful individuals with high standards of life and values. Needless to say, Bryan as always demonstrated the same strong family values.

Our daughter had a child that was not fathered by Bryan. I have never seen such a love and compassion from a man towards a child. He took our dear granddaughter under his wings just like if she was his own biological child, and never thought twice about being the responsible father that she didn't have and desperately needed. From holding her in his arms while getting her ears pierced to all her doctor's appointments, he never failed her and was always there.

Your Honor, I believe Bryan has lots of goodness in his heart and is a very compassionate person that has much good to share with others. I speak for my family experience. I would like to ask you to please take into consideration all the goodness in his character and how much he could give back to others if he has a second chance in life.

Please contact me if you have any questions.

Respectfully yours,

*Rosa McGuire*

Rosa McGuire  
806-283-7089