

1399 Franklin Avenue, Suite 200 | Garden City, NY 11530-1679 | bsk.com

TERRY O'NEIL, ESQ.
toneil@bsk.com
P: 516.267.6310
F: 516.267.6301
C: 516.857.1710

August 19, 2013

Hon. Judge Dora L. Irizarry
Judge, United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *Brian Dublynn*

Dear Judge Irizarry:

I have been practicing law for over 43 years and am a partner and Deputy Chair of Bond, Schoeneck & King's Garden City office.  I have known Brian Dublynn since he was born.  I have been friends with the Dublynn family since I was a teenager.

Brian was dealt a difficult hand from birth.  I do not offer this as an "excuse," but more of a "guilty with an explanation."  You are aware of the life Brian has lead recently.  Much of this is explainable (not excused) by his childhood.  I know others have made you aware of his early years and his birth parents' backgrounds.  This resulted in he and his brother Billy having to be raised by their grandparents.  I knew them both well.  They were my youngest son's (13 years old) "adopted" grandparents.  They did their best late in life trying to raise Brian and Billy.  Although they were wonderful people and I loved them dearly, they were "enablers."  I am familiar with this phenomenon.  I was divorced when my two older sons were very young.  Their mother married a very powerful politician.  Between her enabling and his ability to get the older one out of jams – not unlike the grandparents in Brian's situation – while they thought they were helping, it was more like throwing him an anchor instead of a lifesaver.

My oldest son has suffered from a drug addiction like Brian.  It is a curse.  I have seen it similarly destroy my older son.  I believe it is at the root of all of Brian's problems.  Hopefully the time away will cure Brian of this dreaded addiction so when he gets out he can lead a productive life.

Clearly, people can turn it around.  In high school and even during my college years, I did many things that I was not proud of.  Fortunately, I was not incarcerated for any of them.  I was able to go to law school on a full scholarship and become a partner and have a very successful career as a lawyer.  People can change and grow.  Brian has attributes that cannot be taught.  He is kind, generous, caring, funny – many of the traits

Attorneys At Law | A Professional Limited Liability Company

102855.1 8/19/2013

Hon. Judge Dora L. Irizarry
August 19, 2013
Page 2

my oldest son shares. If these attributes are put to a lawful job, Brian can lead a productive life. He can be successful and contribute to society.

I have met with Brian during his incarceration. He is willing to accept responsibility and pay his debt to society. The issue here is not liability – it's damages – or in his case - how long should he be put away. I urge you to take into consideration the difficult beginnings he had which lead him to drugs and which lead him to a life of crime.

Brian is bright and articulate. I believe the sooner he is out, with a new support system around him, the more likely he will not return to a life of crime. I think a drug program at the end of the sentencing will be a blessing – not only to him, but also to his family. The sooner he is back in society, I believe the better.

Thank you for your consideration.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Terry O'Neil
Deputy Managing Member

TMO/sm

102855.1 8/19/2013

William Dublynn
435 Pennsylvania Avenue
Williston park, NY 11596

Honorable Judge Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

<u>Re: Brian Dublynn</u>

Dear Judge Irizarry

   I am writing to you on behalf of my nephew Brian Dublynn. He is the birth son of my brother Brian Sr. Brian was born in 1977 to a 17 year old mother and 19year old father.
   I cannot even count the number of jobs Brian Sr. went through in Brian Jrs early years. Every week there would be some fight or Brian Sr didn't get up and go to work because he was hung over. When he was out of work my parents would provide food and a place to stay and more. My parents also had 4 other sons of their own.
   When Brian Jr was 3 years old there was a fight where he lived. Brian Sr. called me to come over. When I got to the aptartment, Brian Jr's grandmother, aunt, older cousins and mother were all screaming at his drunk father. I wondered where Brian Jr. was. I found him hiding in the bathroom. He was shaking but happy to see me. I remember asking all of them if they were concerned about this little boy. They stared at me for a minute but then continued arguing. I took Brian Jr out of there to my parents house.
   At the age of 5 Brian Jr moved in with his grandparents permanently. I lived with Brian Jr in my parents house from then until he was 15 years old. I found it sad that when somebody came in the front door and slammed it shut he would run and hide under the kitchen table.
   My parents gave him a much more stable life. Brian Jr attended St. Roberts elementary school and then continued on to graduate fromSt Francis Prep High School. He did well academically and athletically.
   When Brian was 14 years old, a cousin from his mothers side, who Brian was close to and admired, committed suicide at the age of 20 because he was distraught over a breakup owithhis girlfriend.
   At the age of 16, Brian Jr was out one night, and 16 youths beat him up badly. I believe this was when his fighting started and the drug use began. My parents were great, but they had a hard time saying no to their grandchildren.

    Both of my parents have died in the past five years.  The only good thing about that is they don't have to see their grandson in his present situation.  Brian was like a little brother to me.  I lived with him through most of his early years.  I was married in 1999.  I have a son with some special needs of 11 years and a daughter who is 7 years old.    Over the last 12 years I drifted apart from Brian.  I tell you this just to try to figure out how he could have ended up like this.

    Brian clearly made very poor choices.  He could have done so much more with hard work, but the past is in the past.  I am thankful he is alive.

    Your honor, if there is any chance of a drug program, I think this would be very helpful.  I believe the drugs are at the root of his crimes.  Please strongly consider such a program.  Brian is going to have to work even harder at life after what he has done.  I know he believes in Jesus Christ like I do, so at least he has that in his life.   After 25 months in prison and talking to him often, I think he has learned his lesson.

    I have 2 young children.  I have told Brian that I will not be near drugs or those people he was involved with.   Brian knows that!

    My late father (Bill Dublynn) was a retired Air Force colonel/pilot.  My late father-in-law (Ed Kirk) was an F.B.I. Agent.  They believed in the American way.  Faith, family and hard work.  I want this for my nephew (little brother).

    Any consideration you can give into helping my nephew would be appreciated.

                                                       Respectfully yours,

                                                       *William R. Dublynn*

                                                       William R. Dublynn

June 20, 2013

Honorable Judge Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Irizarry:

    I am writing on behalf of my son Brian Dublynn. I was married to Brian's father for 5 years but our marriage was not ideal and, unfortunately, Brian witnessed a good amount of spousal abuse. After we divorced, Brian lived in a stable home with his paternal grandparents who were loving, church going, family oriented people. I did not live with Brian but I was present every day and had a great relationship with my in-laws who considered me a daughter. I worked as a waitress and was home during the day to take care of my children. We all worked together to raise Brian and my other son Billy. My mother was also a constant in Brian's life and she gave him unconditional love and support.

    Brian was a wonderful little boy. He was very shy but extremely loving. He grew up with and is still very close to his extended family. I will never forget an incident when Brian was turning 4 years old and still living with me. My mother, Brian and I went to the grocery store. I was in another aisle when Brian picked up lamb chops and asked my mother for help getting potatoes and corn because he wanted to make dinner for me. He was and still is a considerate and caring person.

    Brian went to Catholic school from kindergarten through high school. He was a great student and had many friends. His teachers always described him as quiet and shy but a hard worker. He excelled in soccer, basketball and baseball. He was scouted for basketball by many colleges and was voted MVP for his four years in high school.

    Brian and I have always had a good mother-son relationship. Every Mother's Day when Brian was young, my in-laws would visit me at work and my children would bring me flowers or perfume and they would stay for dinner. As an adult, Brian continued this tradition. Even today, from jail, he sends me beautiful cards and he calls me as much as is allowed. In the years before Brian was arrested, I would help him with housework and shopping and he would help me as well.

Honorable Judge Dora L. Irizarry
June 20, 2013
Page 2


  Brian has a wonderful family. They truly love and miss him and support him now and will support him when he comes home. I am heartbroken that Brian is incarcerated. I know that he has made bad choices, terrible mistakes. I know that Brian knows this as well. I wonder, had he not seen the spousal abuse or had a more traditional upbringing whether he would be in this situation.

  Today, I have a good job and live on a quiet street in a good neighborhood. Brian knows that he will have a home with me when he is released. I pray that he is released soon. I am ready to do whatever needs to be done to assure a better future for Brian.

  Thank you for your consideration and allowing me to write this letter.

                Respectfully,

                Debra Ciatto